UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MONIQUE MORVANT SUFFERN,** **WIFE OF/AND PATRICK W. SUFFERN** **INDIVIDUALLY AND AS REPRESENTATIVES** **OF ALL THOSE SIMILARLY SITUATED** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-0358** |
| **COUNTRYWIDE HOME LOANS, INC.** | **SEC. "B"(2)** |

### ORDER

**IT IS ORDERED** that based on the Court's order and reasons granting Defendant's motion to dismiss, Defendant's motion to temporarily stay all class certification and discovery (Rec. Doc. No. 7) is hereby **MOOT**.

New Orleans, Louisiana, this 12th day of July, 2006.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE